KEVIN E. GAUT (SBN 117352)
keg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

LUCY H. PLOVNICK (*pro hac vice*) (DC Bar No. 488752)
lhp@msk.com
MITCHELL SILBERBERG & KNUPP LLP
1818 N. Street NW, 7th Floor
Washington, DC 20036
Telephone: (202) 355-7900
Facsimile: (202) 355-7899

Attorneys for Valnet Inc. and Valnet US Inc.
d/b/a Screenrant.com

BURSOR & FISHER, P.A.
Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
Email: pfraietta@bursor.com

[*Additional Counsel Listed on Signature Page*]

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DASSAH MAKETA, and BRYCE PEPPERS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VALNET INC. and VALNET U.S., INC. d/b/a SCREENRANT.COM,<br><br>Defendants. | CASE NO. 3:25-CV-05517-RS<br><br>Hon. Richard Seeborg, District Judge<br><br>~~[PROPOSED]~~ **ORDER GRANTING STIPULATION TO STAY CASE PENDING CALIFORNIA COURT OF APPEAL RULING** |

BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
Kaili C. Lynn (State Bar No. 334933)
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
klynn@bursor.com
jwilner@bursor.com

BURSOR & FISHER, P.A.
Max S. Roberts (State Bar No. 363482)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: mroberts@bursor.com

*Attorneys for Plaintiffs*

# [~~PROPOSED~~] ORDER

The Court, having read and considered the Joint Stipulation of Plaintiffs Dassah Maketa and Bryce Peppers, and Defendants Valnet Inc. and Valnet U.S. Inc. d/b/a Screenrant.com (together, “Valnet”) seeking an order from the Court staying this case pending a ruling from the California Court of Appeal, Second Appellate District, in *Variety Media, LLC v. the Superior Court of Los Angeles County*, Case No. B350578 (the “*Variety Appeal*”), and finding good cause therefor, HEREBY ORDERS that:

1. The Stipulation is GRANTED;
2. The case is stayed pending a ruling from the Court of Appeal in the *Variety Appeal*; and
3. The Parties are ordered to file a Joint Status Report within seven days of the Court of Appeal issuing a ruling in the *Variety Appeal*.

**IT IS SO ORDERED.**

Dated: March 4, 2026

Richard Seeborg,
Chief United States District Judge